12 P.3d 882

# SUPREME COURT OF HAWAI'I

October 9, 2000

| 22968 | State v. Brown | Affirmed |

**October 10, 2000**

| 22578 | Doe, In re | Affirmed |

**October 17, 2000**

| 22973 | State v. Benitez | Affirmed |

**October 19, 2000**

| 23118 | State v. Menor | Affirmed |

**October 20, 2000**

| 22940 | Shinn v. Morimoto | Affirmed |

**October 23, 2000**

| 22777 | Doe Children, In re | Affirmed |
| 22192 | Otani v. Yoshimura | Affirmed in part, vacated in part |

**October 26, 2000**

| 22850 | State v. Barnett | Affirmed |

**October 30, 2000**

| 22823 | Alberts v. AIG, Inc.; Riveira v. AIG, Inc.; Balagso v. AIG, Inc. | Affirmed |

**November 2, 2000**

| 23101 | State v. Guerpo | Affirmed |

**November 16, 2000**

| 23121 | State v. Yoon | Affirmed |

**November 29, 2000**

| 22734 | Southwood v. Shiroma | Affirmed |